FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-2126
_____

SCOTT ALAN KLINE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 17, 2021


PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Scott Alan Kline, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.